IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

NINA RODGERS                                                                                       PLAINTIFF

V.                                              4:18CV00314 JM

NORTH LITTLE ROCK SCHOOL
DISTRICT, *et al*                                                                                DEFENDANTS

## JUDGMENT

Pursuant to the Order entered on this day, Judgment is hereby entered in favor of the Defendants and against the Plaintiff.

IT IS SO ORDERED this 7th day of May, 2019.

_____
James M. Moody Jr.
United States District